# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: EDCV-11-1736-R                                     Date: **June 11, 2012**

TITLE:   IN RE: RAUL GONZALEZ
================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

ATTORNEYS PRESENT FOR APPELLANTS:          ATTORNEYS PRESENT FOR APPELLEES:

    Melissa Coutts                                                    Manuel Lopez

**PROCEEDINGS:** FINAL HEARING ON BANKRUPTCY APPEAL

    The Court hears arguments of counsel.

    The Court finds in favor of appellant, and REVERSES the order of the Bankruptcy Court, for reasons as stated on the record.

    Appellant shall submit a proposed order.

**5 min**

MINUTES FORM 90                                              Initials of Deputy Clerk   WH
CIVIL -- GEN