McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

cc: Bankruptcy Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RAUL GONZALEZ,<br><br>    Debtor.<br>———————————————<br>QUALITY LOAN SERVICE CORPORATION,<br><br>    Appellant,<br>v.<br><br>RAUL GONZALEZ,<br><br>    Appellee. | Case No. EDCV 11-1736 R<br><br>BK Case No. 6:11-bk-15665-MW<br>Chapter 7<br><br>**ORDER REVERSING DECISION OF THE BANKRUPTCY COURT**<br><br>JS-6 |

    The Court held a final hearing on this bankruptcy appeal on June 11, 2012. Appellant Quality Loan Service Corporation challenged the U.S. Bankruptcy Court's October 7, 2011 Order finding that the Trustee's Deed Upon Sale issued by Quality Loan Service on February 25, 2011, and recorded in the Los Angeles County Recorder's Office on March 3, 2011, violated the automatic bankruptcy stay, and was therefore void.

    After full consideration of the parties' briefs and the arguments of counsel, and for the reasons stated on the record at the hearing, the Court hereby REVERSES the Bankruptcy Court's order.

////

The Bankruptcy Court erred in finding that the Trustee's Deed Upon Sale violated the automatic stay. The post-petition issuance and recording of the Trustee's Deed did not violate the automatic stay, because it related back to 8:00 a.m. on February 22, 2011, before Debtor's bankruptcy petition was filed. See 11 U.S.C. § 362(b)(3); Cal. Civil Code § 2924h(c). The order of the Bankruptcy Court is therefore REVERSED.

IT IS SO ORDERED.

Dated: June 14, 2012

By: _____
Hon. Manuel L. Real
District Court Judge